1 | Kevin T. Barnes, Esq. (#138477)
LAW OFFICES OF KEVIN T. BARNES
2 | 1020 Parkside Commons, Suite 101-E
Greensboro, GA 30642
3 | Tel.: (213) 793-9100
Email: Barnes@kbarnes.com
4
5 | Attorneys for Plaintiff MICHAEL D. BRUMBACH,
on behalf of himself and all others similarly situated

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL D. BRUMBACH, on behalf of himself and all others similarly situated,<br><br>　　　Plaintiffs,<br><br>　　v.<br><br>HYATT CORPORATION d/b/a "Manchester Grand Hyatt San Diego," a Delaware corporation; and DOES 1 to 100, inclusive,<br><br>　　　Defendants. | **CLASS ACTION**<br><br>Case No.: 3:20-cv-02231-WQH-KSC<br><br>**NOTICE OF MOTION AND PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Final Approval Hearing:<br>Date: July 31, 2024<br>Time: 1:30 p.m.<br>Ctrm: 14B<br><br>Honorable William Q. Hayes<br>Courtroom: 14B (14th Floor)<br><br>Action filed: October 9, 2020<br>Trial Date: None Set |

///

///

///

- 1 -
**NOTICE OF MOTION AND PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

YOU ARE HEREBY NOTIFIED THAT on July 31, 2024, at 1:30 p.m. or as soon thereafter as the matter may be heard in Courtroom 14B of the United States District Court for the Southern District of California of the United States Courthouse, located at 333 West Broadway, San Diego, California 92101, Plaintiff will move for an order granting final approval for the class action settlement, attorney fees, costs and class representative service award. Good cause exists for the granting of the Motion in that the proposed settlement is fair, reasonable, and adequate.

The Motion will be based on this Notice of Motion, the Declaration of Plaintiff's counsel, the Memorandum of Points and Authorities set forth below, and on such oral and documentary evidence as may be presented at the hearing of the Motion.

Dated: June 27, 2024          LAW OFFICES OF KEVIN T. BARNES

                              By:   */s/ Kevin T. Barnes*
                                    Kevin T. Barnes, Esq.
                                    Attorneys for Plaintiffs

**NOTICE OF MOTION AND PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**